UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Michael Schwantes,

    Plaintiff,

v.                                        ORDER
                                       Civil No. 13-2382 (MJD/TNL)

Monco Law Offices, SC, Springer
Collections, Inc. And Stellar Recovery,
Inc.,

    Defendants.
_____

This matter is before the Court on Plaintiff's motion for default judgment against Monco Law Offices, SC pursuant to Fed. R. Civ. P. 55.  Based on the motion, file and proceedings herein,

IT IS HEREBY ORDERED:

1. Plaintiff's Motion for Default Judgment [Doc. No. 27] is GRANTED.

2. Plaintiff is awarded judgment in the total amount of $4,647.50.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Date:   January 10, 2014

                                           /s/ Michael J. Davis
                                           Chief Judge Michael J. Davis
                                           United States District Court